(RCx), CLOSED, DISCOVERY, MANADR, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:08-cv-01189-VBF-RC

John Benson v. Davol, Inc. et al
Assigned to: Judge Valerie Baker Fairbank
Referred to: Magistrate Judge Rosalyn M. Chapman
Cause: 28:1332 Diversity-Product Liability

Date Filed: 02/21/2008
Date Terminated: 04/23/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**John Benson** represented by **Baharak Dejban**
Khorrami Pollard Abir LLP
444 South Flower Street 33rd Floor
Los Angeles, CA 90071
213-596-6000
Email: bdejban@kpalawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian S Kabateck**
Kabateck Brown Kellner LLP
644 South Figueroa Street
Los Angeles, CA 90017
213-217-5000
Email: bsk@kbklawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L Kellner**
Kabateck Brown Kellner
644 South Figueroa Street
Los Angeles, CA 90017
213-217-5000
Email: rlk@kbklawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn Khorrami**
Khorrami Pollard and Abir LLP
444 South Flower Street 33rd Floor
Los Angeles, CA 90071
213-596-6000
Email: skhorrami@khorrami.com

Case 1:08-cv-02379-ML-LDA Document 1-3 Filed 04/24/2008 Page 2 of 5

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

represented by **Thomas M Frieder**
Hassard Bonnington LLP
Two Embarcadero Center Suite 1800
San Francisco, CA 94111-3941
415-288-9801
Email: tmf@hassard.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C. R. Bard, Inc.**

represented by **Thomas M Frieder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/21/2008 | 1 | COMPLAINT against Defendants Davol, Inc., C. R. Bard, Inc. (Filing fee $ 350 PAID.) Jury Demanded., filed by Plaintiff John Benson. (et) Additional attachment(s) added on 2/28/2008 (Harrison, Hunter). (Entered: 02/27/2008) |
| 02/21/2008 | | 20 DAY Summons Issued re Complaint - (Discovery) 1 as to Defendants Davol, Inc., C. R. Bard, Inc. (et) (Entered: 02/27/2008) |
| 02/21/2008 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff John Benson. (et) Additional attachment(s) added on 3/4/2008 (lra, ). (Entered: 02/27/2008) |
| 02/21/2008 | 3 | NOTICE TO PARTIES OF ADR PILOT PROGRAM filed. (et) (Entered: 02/27/2008) |
| 02/21/2008 | | FAX number for Attorney Baharak Dejban, Shawn Khorrami is 213-596-6010. (et) (Entered: 02/27/2008) |
| 02/21/2008 | | FAX number for Attorney Brian S Kabateck, Richard L Kellner is 213-217-5010. (et) (Entered: 02/27/2008) |
| 02/25/2008 | 4 | STANDING ORDER by Judge Valerie Baker Fairbank (se) (Entered: 02/27/2008) |
| 03/17/2008 | 5 | ANSWER with JURY DEMAND *ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS DAVOL INC. AND C.R. BARD, INC. AND DEMAND FOR JURY TRIAL* filed by defendant Davol, Inc., C. R. Bard, Inc..(Frieder, Thomas) (Entered: 03/17/2008) |

| | | |
|---|---|---|
| 03/17/2008 | 6 | NOTICE OF MOTION AND MOTION to Stay Case pending Transfer Decision By Judicial Panel on Multidistrict Litigation *DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S NOTICE OF UNOPPOSED MOTION AND MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION* filed by defendant Davol, Inc., C. R. Bard, Inc..Motion set for hearing on 5/19/2008 at 01:30 PM before Judge Valerie Baker Fairbank. (Frieder, Thomas) (Entered: 03/17/2008) |
| 03/17/2008 | 7 | DECLARATION of Dana Alan Gausepohl In Support of Defendants' Unopposed Motion To Stay All Proceedings Pending Transfer Decision By Judicial Panel on Multidistrict Litigation MOTION to Stay Case pending Transfer Decision By Judicial Panel on Multidistrict Litigation *DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S NOTICE OF UNOPPOSED MOTION AND MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL O6 filed by Defendants Davol, Inc., C. R. Bard, Inc.. (Frieder, Thomas) (Entered: 03/17/2008)* |
| 03/17/2008 | 8 | MEMORANDUM in Support of MOTION to Stay Case pending Transfer Decision By Judicial Panel on Multidistrict Litigation *DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S NOTICE OF UNOPPOSED MOTION AND MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL O6 MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S UNOPPOSED MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION filed by Defendants Davol, Inc., C. R. Bard, Inc.. (Frieder, Thomas) (Entered: 03/17/2008)* |
| 03/17/2008 | 9 | [PROPOSED] ORDER GRANTING DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S UNOPPOSED MOTION TO STAY re MOTION to Stay Case pending Transfer Decision By Judicial Panel on Multidistrict Litigation *DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S NOTICE OF UNOPPOSED MOTION AND MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL O6 filed by Defendants Davol, Inc., C. R. Bard, Inc.. (Frieder, Thomas) (Entered: 03/17/2008)* |
| 03/17/2008 | 10 | CERTIFICATE OF SERVICE filed by defendant Davol, Inc., C. R. Bard, Inc., re MOTION to Stay Case pending Transfer Decision By Judicial Panel on Multidistrict Litigation *DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S NOTICE OF UNOPPOSED MOTION AND MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL O6 CERTIFICATE OF SERVICE OF DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S NOTICE OF UNOPPOSED MOTION AND MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION served on 03/17/2008. (Frieder, Thomas) (Entered: 03/17/2008)* |

| | | |
|---|---|---|
| 03/17/2008 | 11 | CERTIFICATE OF SERVICE filed by defendant Davol, Inc., C. R. Bard, Inc., re Declaration (Motion related), Declaration (Motion related), Declaration (Motion related)7 *CERTIFICATE OF SERVICE OF DECLARATION OF DANA ALAN GAUSEPOHL IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION* served on 03/17/2008. (Frieder, Thomas) (Entered: 03/17/2008) |
| 03/17/2008 | 12 | CERTIFICATE OF SERVICE filed by defendant Davol, Inc., C. R. Bard, Inc., re Memorandum in Support of Motion,, 8 *CERTIFICATE OF SERVICE OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S UNOPPOSED MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION* served on 03/17/2008. (Frieder, Thomas) (Entered: 03/17/2008) |
| 03/17/2008 | 13 | CERTIFICATE OF SERVICE filed by defendant Davol, Inc., C. R. Bard, Inc., re Motion Related Document, 9 *CERTIFICATE OF SERVICE OF [PROPOSED] ORDER GRANTING DEFENDANTS DAVOL INC. AND C.R. BARD, INC.'S UNOPPOSED MOTION TO STAY* served on 03/17/2008. (Frieder, Thomas) (Entered: 03/17/2008) |
| 03/17/2008 | 14 | CORPORATE DISCLOSURE STATEMENT filed by Defendants Davol, Inc., C. R. Bard, Inc. identifying C.R. Bard, Inc. as Corporate Parent. (Frieder, Thomas) (Entered: 03/17/2008) |
| 03/17/2008 | 15 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following deficiency was found: No Certification of Interested Parties: RE Answer to Complaint 5 (se) (Entered: 03/18/2008) |
| 03/18/2008 | 16 | *CERTIFICATION OF INTERESTED PARTIES* CERTIFICATE of Interested Parties filed by Defendants Davol, Inc., C. R. Bard, Inc.. (Frieder, Thomas) (Entered: 03/18/2008) |
| 04/16/2008 | 17 | MINUTES OF IN CHAMBERS before Judge Valerie Baker Fairbank: COURT ORDER ON UNOPPOSED MOTION to Stay Case pending Transfer Decision By Judicial Panel on Multidistrict Litigation 6. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for 5/19/2008 at 1:30 p.m. is hereby vacated and the matter taken off calendar. Based on the grounds asserted therein, as well as Defendants representation that Plaintiff does not oppose this Motion, Defendants Motion is GRANTED. This case is stayed pending transfer under 28 U.S.C. § 1407. In addition, the Court orders the following: 1) Defendants moving papers state that they expect a transfer order within the next few weeks. Accordingly, a Status Conference Re Stay is set for June 16, 2008. No appearance is necessary for this Status Conference; 2) Unless transfer is ordered beforehand, the parties shall jointly submit a status report by June 2, 2008, providing an update on the pending transfer and showing cause as to why the instant |

| | | |
|---|---|---|
| | | stay should not be lifted. (jp) (Entered: 04/17/2008) |
| 04/23/2008 | 18 | CONDITIONAL TRANSFER ORDER (CTO-16) from the Judicial Panel on Mutidistrict Litigation MDL 1842, transferring case to USDC, District of Rhode Island at Providence. Certified copy of MDL Transfer Order with docket sheet sent. (MD JS-6. Case Terminated.) (jp) (Entered: 04/24/2008) |
| 04/24/2008 | 19 | TRANSMITTAL LETTER - MDL CASE TRANSFER OUT: A certified copy of the docket sheet and MDL Transfer Order sent to USDC, District of Rhode Island at Providence on 4/24/2008. (jp) (Entered: 04/24/2008) |


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/24/2008 12:31:09 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:08-cv-01189-VBF-RC |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |